IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOES 12 - 15, | § § | |
| Plaintiffs, | § § | Civil Action No. 6:17-CV-00236-RP |
| v. | § § | *Consolidated with* 6:17-CV-228-RP |
| BAYLOR UNIVERSITY, | § § | 6:16-CV-173-RP |
| Defendant. | § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Jane Does 12, 13, 14, and 15 and Defendant Baylor University, through their designated counsel, stipulate that the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear her/its own costs, attorneys' fees, and expenses.

**AGREED:**

| | |
|---|---|
| **THOMPSON & HORTON LLP**<br><br>By: /s/ Lisa A. Brown<br><br>Lisa A. Brown<br>State Bar No. 03151470<br>lbrown@thompsonhorton.com<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, Texas 77027-7554<br>713.554.6741<br>713.583.7934 fax<br><br>Holly G. McIntush<br>State Bar No. 24065721<br>hmcintush@thompsonhorton.com<br>400 West 15th Street, Suite 1430<br>Austin, Texas 78701<br>512.615.2350<br>512.682.8860 fax<br><br>**WEISBART SPRINGER HAYES LLP**<br><br>Julie A. Springer<br>State Bar No. 18966770<br>jspringer@wshllp.com<br>Sara E. Janes<br>State Bar No. 24056551<br>sjanes@wshllp.com<br>Geoffrey D. Weisbart<br>State Bar No. 21102645<br>gweisbart@wshllp.com<br>Danielle K. Hatchitt<br>State Bar No. 24079080<br>dhatchitt@wshllp.com<br>212 Lavaca Street, Suite 200<br>Austin, Texas 78701<br>512.652.5780<br>512.682.2074 fax<br><br>**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY** | **BRAZIL & DUNN, L.L.P.**<br><br>By: /s/Chad Dunn<br><br>Chad W. Dunn<br>State Bar No. 24036507<br>chad@brazilanddunn.com<br>K. Scott Brazil<br>State Bar No. 02934050<br>scott@brazilanddunn.com<br>1900 Pearl Street<br>Austin, Texas 78705<br>512.717.9822<br>512.515.9355 fax<br><br>**DUNNAM & DUNNAM, L.L.P.**<br>Jim Dunnam<br>State Bar No. 06258010<br>jimdunnam@dunnamlaw.com<br>Andrea Mehta<br>State Bar No. 24078992<br>andreamehta@dunnamlaw.com<br>Eleeza Johnson<br>State Bar No. 24058690<br>eleezajohnson@dunnamlaw.com<br>4125 West Waco Drive<br>Waco, Texas 76710<br>254.753.6437<br>254.753.7434 fax<br><br>**SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP**<br>George (Tex) Quesada<br>State Bar No. 16427750<br>quesada@textrial.com<br>Laura Benitez Geisler<br>State Bar No. 24001722<br>lgeisler@textrial.com<br>Sean J. McCaffity<br>State Bar No. 24013122<br>smccaffity@textrial.com<br>Jody L. Rodenberg<br>State Bar No. 24073133<br>jrodenberg@textrial.com<br>3811 Turtle Creek Boulevard, Suite 1400 |

2

|  | Dallas, Texas 75219-4461<br>214.720.0270<br>214.720.0184 fax<br><br>**ATTORNEYS FOR PLAINTIFFS** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all counsel of record on November 30, 2023, via the ECF/CMF electronic service system.

/s/ *Jim Dunnam*
Jim Dunnam

3